Andrew G. Lewis, OSB 90462
alewis@hershnerhunter.com
Sylvia M. Van Dyke, OSB 03529
svandyke@hershnerhunter.com
Hershner Hunter, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
Of Attorneys for Plaintiff

RECVD*05 DEC 19 12:09usdc-ore

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BUSINESS NETWORKS, INC., an Oregon corporation; | Case No. 05-6197-AA |
| Plaintiff, | JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | |
| JOHN ADAM KOWALSKI and PIVOT PRODUCTIONS, INC., an Arizona corporation; | |
| Defendant. | |

The parties, having settled this action pursuant to a separate settlement agreement, and

based on the stipulation of the parties, it is hereby:

/////

/////

/////

ORDERED AND ADJUDGED that all claims, cross-claims and counterclaims asserted in this action are dismissed with prejudice and without an award of costs, disbursements or attorneys' fees to any party.

Dated this _26_ day of December, 2005

_____
The Honorable Ann L. Aiken
United States District Court